```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

EL KOMATI, LLC,

    Plaintiff,

v.                                Case No: 2:23-cv-561-JES-KCD

VANTAGE RISK SPECIALTY INSURANCE COMPANY,

    Defendant.

---

**ORDER**

On January 17, 2024, the Court entered an Order (Doc. #26) administratively closing the case for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __20th__ day of February 2024.

                                                      JOHN E. STEELE
                                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record